McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Jun 04, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | ~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|
| 2005 Gold Mercedes-Benz Convertible coupe with California license plate 5JLZ160 | 2:19-SW-0866-DB |
| 2002 Blue Chevy Avalanche four door pickup truck with California license plate 6T58075 | 2:19-SW-0867-DB |
| The Person of Phil Roger WEGER | 2:19-SW-0868-DB |
| The Person of Sharon Lee TEAGUE | 2:19-SW-0869-DB |
| The Person of Brad William HESSE | 2:19-SW-0870-DB |
| 13380 Brookwood Way, Lathrop, CA 95330. | 2:19-SW-0871-DB |
| 2007 Blue Ford Mustang with California license plate 6ACW665 | 2:19-SW-0872-DB |
| 1990 Black Toyota pickup with California license plate 88547P2 | 2:19-SW-0873-DB |
| 1998 White Ford F-150 with a black passenger door and black tailgate, with California license plate 5Z18368 | 2:19-SW-0874-DB |

/ / /

ORDER TO REQUEST TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS

1

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: June 4, 2020

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

ORDER TO REQUEST TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS

2